JOSEPHINE LA SALLE, as Administratrix, etc., of JAMES LA SALLE, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, Laughlin, Page, Merrell and Philbin, JJ.

PETER GRASSI and Others, as Executors of and Trustees under the Last Will and Testament of PANCRAZIO GRASSI, Deceased, Respondents, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DANIEL F. LEWIS, Appellant.— Judgment and orders affirmed. No opinion. Present— Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

LUIGI VECCHI, INC., Respondent, v. SOCRATES MOSCAHLADES and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

MICHAEL MEYEROWITZ, Respondent, v. LOUIS M. JOSEPHTHAL and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer to first and second causes of action and to answer said causes of action on payment of costs, on the opinion of Giegerich, J., at Special Term. [Reported in 108 Misc. Rep. 26.]     Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

ALEXIS WEIL, Respondent, v. NATHAN HARRIS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ONTARIO THREAD COMPANY and Another, Appellants.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page- and Merrell, JJ.

JOHN SHEEHAN, Respondent, v. CHARLES W. CAVANAGH, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

VICTORIA ROONEY, Respondent, v. CHARLOTTE BLUMENTHAL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

WILLIAM A. ROONEY, Respondent, v. CHARLOTTE BLUMENTHAL, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EMMA SCHWARZKOPF, as Administratrix, etc., of CHARLES SCHWARZKOPF, Deceased, Appellant, v. ANDREW E. KALBACH, as Receiver of SECOND AVENUE RAILROAD COMPANY, Respondent.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.